District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIAQI JI,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Case No. 2:26-CV-00418-TL<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>April 16, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Defendant's Answer to Plaintiff's Complaint until May 4, 2026.

Plaintiff filed the Complaint on February 5, 2026, and served the U.S. Attorney's Office on February 19, 2026. Defendants' response to the Complaint is due on April 20, 2026. The Parties have agreed to extend the deadline until May 4, 2026. Therefore, the Parties submit there is good cause for a brief extension of Defendant's time to respond to the Complaint and have stipulated to extend that deadline until May 4, 2026.

**SO STIPULATED.**

DATED April 16, 2026.

Respectfully submitted,


s/ Kyle A. Forsyth
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*


I certify that this memorandum contains 107 words, in compliance with the Local Civil Rules.


s/ Nicholas Power
Nicholas Power, WSBA No. 45974
The Law Office of Nicholas Power, PLLC
540 Guard St. Ste. 150
Friday Harbor, WA 98250
Phone: 360.298.0464
Email: nickedpower@gmail.com

s/ James O. Hacking. III
James O. Hacking, III
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis. MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

*Attorneys for Plaintiff*


**[PROPOSED] ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by May 4, 2026.

DATED this 17th day of April, 2026.

HON. TANA LIN
United States District Judge